**OHIO STATE BAR ASSOCIATION *v*. BRUNER.**

[Cite as *Ohio State Bar Assn. v. Bruner*, ___ Ohio St.3d ___, 2024-Ohio-85.]

(No. 2020-1533—Submitted January 11, 2024—Decided January 12, 2024.)

ON APPLICATION FOR REINSTATEMENT.

———————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Harvey Bruce Bruner, Attorney Registration No. 0004829, last known business address in Cleveland, Ohio.

{¶ 2} The court coming now to consider its order of November 17, 2021, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of two years, finds that respondent has complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For earlier case, see *Ohio State Bar Assn. v. Bruner*, 167 Ohio St.3d 15, 2021-Ohio-4048, 188 N.E.3d 1026.

KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER, and DETERS, JJ., concur.

———————————